UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESTLEY CHAD SIMMONS | CIVIL ACTION |
| VERSUS | NO. 15-7105 |
| MARLIN N. GUSMAN, ET AL. | SECTION "N"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's first claim (that he was "[h]oused in a condemned part of O.P.S.O. facility") and his fourth claim (that the jail had "[n]o running water/no adequate hot & cold water") are **DISMISSED WITHOUT PREJUDICE** to their prosecution in Westley Simmons v. Marlin N. Gusman, et al., Civ. Action No. 15-5241 "B"(3) (E.D. La.).

**IT IS FURTHER ORDERED** that plaintiff's second claim (that he was "[b]it[ten] & infected by poisonous bugs/spiders") and third claim (that he was "[e]xposed to urine & feces contaminated water") are **DISMISSED WITH PREJUDICE** as frivolous and/or failing to state a claim upon which relief may be granted.

New Orleans, Louisiana, this _____ day of _____, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE